```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 09 B 00259
   CONNIE PEREZ
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8267


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/07/2009 and was not confirmed.

      The case was dismissed without confirmation 02/05/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------

AMC MORTGAGE SERVICES      CURRENT MORTG         .00            .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    20000.00            .00            .00
ACCT RECOV                 UNSECURED        NOT FILED          .00            .00
ST MARGARET MERCY MEDICA   NOTICE ONLY      NOT FILED          .00            .00
ALLIED INTERSTATE          UNSECURED        NOT FILED          .00            .00
SBC ILLINOIS               NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED          .00            .00
AT&T                       NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED          .00            .00
AT&T                       NOTICE ONLY      NOT FILED          .00            .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED          .00            .00
COMCAST                    NOTICE ONLY      NOT FILED          .00            .00
DEPENDON COLLECTION        UNSECURED        NOT FILED          .00            .00
CHILDRENS SURGICAL FOUND   NOTICE ONLY      NOT FILED          .00            .00
FFCC COLUMBUS INC          UNSECURED        NOT FILED          .00            .00
ZORUB                      NOTICE ONLY      NOT FILED          .00            .00
FFCC COLUMBUS INC          UNSECURED        NOT FILED          .00            .00
DEBOFSKY                   NOTICE ONLY      NOT FILED          .00            .00
KOMYATTE & FREELAND        UNSECURED        NOT FILED          .00            .00
PATWARI MEDICAL CORPORAT   NOTICE ONLY      NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED          .00            .00
ST MARGRET MERCY HOSPITA   NOTICE ONLY      NOT FILED          .00            .00
MUTUAL HOSPITAL SERVICES   UNSECURED        NOT FILED          .00            .00
ST MARGRET MERCY HOSPITA   NOTICE ONLY      NOT FILED          .00            .00
MUTUAL HOSPITAL SERVICES   UNSECURED        NOT FILED          .00            .00
ST MARGARET HOSPITAL       NOTICE ONLY      NOT FILED          .00            .00
NCO FIN/55                 UNSECURED        NOT FILED          .00            .00
SAKHAWAT HUSSAIN           NOTICE ONLY      NOT FILED          .00            .00
NCO FIN/55                 UNSECURED        NOT FILED          .00            .00
SAKHAWAT HUSSAIN           NOTICE ONLY      NOT FILED          .00            .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED          .00            .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        NOT FILED          .00            .00
US CELLULAR                NOTICE ONLY      NOT FILED          .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 09 B 00259 CONNIE PEREZ
```

```
RMI/MCSI                    UNSECURED       NOT FILED              .00        .00
CALUMET DERMATOLOGY         NOTICE ONLY     NOT FILED              .00        .00
SPIEGEL                     UNSECURED       NOT FILED              .00        .00
UNIVERSITY OF PHOENIX       UNSECURED       NOT FILED              .00        .00
NORTH STAR CAPITAL ACQ      UNSECURED          671.45              .00        .00
GLEASON & GLEASON LLC       DEBTOR ATTY          .00                          .00
TOM VAUGHN                  TRUSTEE                                           .00
DEBTOR REFUND               REFUND                                            .00
```

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                          .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE